BURTON ET AL. *v.* SILLS, ATTORNEY GENERAL
OF NEW JERSEY, ET AL.

No. 1158.   Decided April 28, 1969.

*William E. Ozzard* for appellants.

*Arthur J. Sills,* Attorney General of New Jersey, *pro se,*
*Marilyn Loftus Schauer,* Acting First Assistant Attorney
General, and *Stephen Skillman,* Deputy Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.

MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.

SULLIVAN *v.* ALABAMA STATE BAR ET AL.

No. 1170.   Decided April 28, 1969.

*Fred Blanton, Jr.,* for appellant.

*Truman Hobbs* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.